## A93A0483. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY v. MARTIN et al.
(448 SE2d 90)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Ga. Farm Bureau Mut. Ins. Co. v. Martin*, 264 Ga. 347 (444 SE2d 739) (1994), our decision in *Ga. Farm Bureau Mut. Ins. Co. v. Martin*, 209 Ga. App. 237 (433 SE2d 315) (1993), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Blackburn and Smith, JJ., concur.*

DECIDED AUGUST 2, 1994.

*Dillard, Bower & East, Bryant H. Bower, Jr.*, for appellant.
*Helms & Helms, Catherine H. Helms, J. Jeffrey Helms, Jr.*, for appellees.